**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00857-CV

**HUMITECH DEVELOPMENT CORPORATION AND EMIL LIPPE, JR., Appellants**

**V.**

**ALAN PERLMAN, MICHAEL PERLMAN, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-9266-J**

## ORDER

The Court has before it appellants' February 8, 2013 motion to supplement clerk's record. The Court **GRANTS** the motion and **ORDERS** Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental clerk's record consisting of the full and complete arbitration record consisting of all filings in the arbitration and the court reporter's record and exhibits from the arbitration proceeding, within fifteen days of the date of this order. We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following: Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk, Civil Records Division; and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
           JUSTICE